UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS WADE JONES  
114 Adams Lane  
New Canaan, CT 06840  

    Plaintiff,  

v.                                     Civil Action No._____  

U.S. DEPARTMENT OF JUSTICE  
950 Pennsylvania Ave., NW  
Washington, DC 20530-0001  

    Defendant.  

## COMPLAINT FOR DECLARATORY JUDGMENT
## AND INJUNCTIVE RELIEF

1. This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, and the Privacy Act of 1974, ("Privacy Act"), 5 U.S.C. § 552(a) as well as agency FOIA regulations, challenging the failure of the United States Department of Justice ("Justice") to fulfill the request of Thomas Wade Jones for documents concerning himself.

2. This case seeks declaratory relief that defendant is in violation of the FOIA and Privacy Act for failing to fulfill plaintiff's requests for records, and injunctive relief that defendant immediately and fully comply with plaintiff's requests under the FOIA and the Privacy Act.

## JURISDICTION AND VENUE

3. This Court has both subject matter jurisdiction over this action and personal jurisdiction over the parties pursuant to 5 U.S.C. § 552(a)(4)(B) and 5 U.S.C. § 702, which gives the Court jurisdiction over agency actions where an aggrieved party has suffered wrong within the meaning of a "relevant statute," here the FOIA. This Court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331. Venue lies in this district under 5 U.S.C. § 703, 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

4. Plaintiff Thomas Wade Jones ("Jones") is a citizen of Connecticut. Mr. Jones was a student at Cornell University during the 1960's and participated in a number of protests while at the university which were investigated by the Federal Bureau of Investigation ("FBI").

5. Defendant Justice is an agency within the meaning of 5 U.S.C. § 552(f). The Federal Bureau of Investigation ("FBI") is a component of Justice. Defendant Justice, through its component, the FBI is the federal agency with possession and control of the records responsive to plaintiff's request and is responsible for fulfilling the FOIA request of Thomas Wade Jones.

## STATUTORY FRAMEWORK

### The Freedom of Information Act

6. The FOIA, 5 U.S.C. § 552, requires agencies of the federal government to release requested records to the public unless one or more specific statutory exemptions apply.

7. An agency must respond to a party making a FOIA request within 20 working days, notifying that party of at least the agency's determination whether or not to fulfill

the request and of the requester's right to appeal the agency's determination to the agency head. 5 U.S.C. § 552(a)(6)(A)(i).

8. An agency must respond to a FOIA appeal within 20 working days, notifying the appealing party of the agency's determination to either release the withheld records or uphold the denial. 5 U.S.C. § 552(a)(6)(A)(ii).

9. In "unusual circumstances," an agency may delay its response to a FOIA request or appeal, but must provide notice and must also provide "the date on which a determination is expected to be dispatched." 5 U.S.C. § 552(a)(6)(B).

10. This Court has jurisdiction, upon receipt of a complaint, "to enjoin the agency from withholding agency records and to order the production of any agency records improperly withheld from the complainant." 5 U.S.C. § 552(a)(4)(B).

11. The FOIA provides a mechanism for disciplinary action against agency officials who have acted inappropriately in withholding records. Specifically, when requiring the release of improperly withheld records, if the court makes a written finding that "the circumstances surrounding the withholding raise questions whether agency personnel acted arbitrarily or capriciously," a disciplinary investigation is triggered. 5 U.S.C. § 552(a)(4)(F).

**FACTS GIVING RISE TO PLAINTIFF'S CLAIMS FOR RELIEF**

12. In April of 2017, via the FBI eFOIA system, plaintiff submitted a FOIA/Privacy Act request for information concerning himself.

13. By letter dated April 10, 2017, the FBI acknowledged plaintiff's request and assigned it FOIPA Request No. 1371106. The FBI stated that the submitted request did

3

not contain sufficient information for it to conduct an accurate search of its Central Records System, thus the FBI asked for further information concerning the request.

14. On April 12, 2017, plaintiff faxed the FBI the requested identifying information sought in its April 10, 2017 letter.

15. By letter dated April 19, 2017, the FBI acknowledged plaintiff's updated request concerning Request No. 1371106-000.

16. By letter dated May 5, 2017, the FBI denied expedited processing of plaintiff's request.

17. No further correspondence from the FBI concerning the plaintiff's request has been received by the plaintiff.

18. Plaintiff has not received any records pursuant to his FOIA request as of the date of this complaint.

## PLAINTIFF'S CLAIMS FOR RELIEF

### CLAIM ONE
### (Failure to Conduct an Adequate Search)

19. Plaintiff re-alleges and incorporates by reference all preceding paragraphs.

20. Plaintiff submitted a request that reasonably described the records sought and was made in accordance with Justice's published rules.

21. In response, defendant has failed to conduct a search reasonably calculated to uncover all responsive agency records.

22. Therefore, defendant has violated the FOIA's mandate to search for responsive records. 5 U.S.C. §552(a)(3)(D).

23. Plaintiff is entitled to injunctive and declaratory relief with respect to the search for the requested records.

## CLAIM TWO
### (Failure to Produce Records Under the FOIA)

24. Plaintiff realleges and incorporates by reference all preceding paragraphs.

25. Plaintiff properly asked for records within defendant's control.

26. Plaintiff is entitled by law to access to the records requested under the FOIA, unless defendant make an explicit and justified statutory exemption claim.

27. Defendant has not produced all the records responsive to plaintiff's FOIA request.

28. Therefore, defendant has violated the FOIA's mandate to release agency records to the public by failing to release the records as plaintiff specifically requested. 5 U.S.C. §§ 552(a)(3)(A), 552(a)(4)(B).

### PRAYER FOR RELIEF

WHEREFORE, plaintiff respectfully requests that this Court:

(1) Declare that defendant has violated the FOIA by failing to conduct an adequate search for records responsive to plaintiff's FOIA request;

(2) Order the defendant to immediately conduct and document an adequate search for responsive records as dictated by plaintiff's request;

(3) Declare that the defendant has violated the FOIA by failing to lawfully satisfy plaintiff's FOIA request;

(4) Order the defendant to release all records responsive to plaintiff's FOIA request;

(5) Award plaintiff his reasonable attorney fees and litigation costs in this action, pursuant to 5 U.S.C. § 552(a)(4)(E); and

(6) Grant such other and further relief as the Court may deem just and proper.

Dated: Nov. 27, 2017

Respectfully submitted,

_____
Scott A. Hodes
(D.C. Bar No. 430375)
P.O. Box 42002
Washington, D.C. 20015
Phone (301) 404-0502
Fax (413) 641-2833


Attorney for Plaintiff