UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THOMAS WADE JONES, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 17cv02541 TJK |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) ) | |

CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER

This is a Freedom of Information Act case.  Defendant's answer is due today, January 3, 2018.  Due to the holiday season and undersigned counsel's other litigations responsibilities, a brief extension of time to file the answer is needed.  Consequently, defendant requests an extension of time to January 12, 2018, to file the answer.  Plaintiff's counsel has consented to this motion.  Attached is a draft order reflecting the requested relief.

        Respectfully submitted,

        JESSIE K. LIU, D.C. Bar #415793
        United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

BY:  /s/ *Fred E. Haynes*
FRED E. HAYNES, D.C. Bar #165654
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4110
Washington, D.C. 20530
202.252.2550
fred.haynes@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THOMAS WADE JONES, | ) | |
| Plaintiff, | ) | |
| v. | ) | 17cv02541 TJK |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| Defendant. | ) | |

ORDER

Upon consideration of the consent motion by the defendant for an extension of time to answer the complaint, it is this ___ day of _____, 2018,

ORDERED that the motion is granted; and it is further

ORDERED that defendant will file its answer by January 12, 2017.

UNITED STATES DISTRICT JUDGE